IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                       No. CIV S-09-256 JAM KJM PS

    vs.

ORBIT STATION, INC., et al.,

      Defendants.             ORDER

_____/

        This matter was referred to the undersigned under Local Rule 302(c)(21). Although an answer has not been filed by any defendant, it appears the parties are treating a letter filed April 17, 2009, as an answer. The letter is signed by an individual identified as the station operator on behalf of the defendant corporation. A joint status report is also signed by this individual on behalf of the defendant corporation. However, it is well established that "a corporation may appear in the federal courts only through licensed counsel." <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 202 (1993).

/////

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that no later than December 29, 2010,
2 the defendant corporation shall retain counsel.  Failure to retain counsel shall result in the answer
3 being stricken and default entered.
4 DATED: December 10, 2010.

_/s/ [signature]_
U.S. MAGISTRATE JUDGE

006
johnson-orbit.corp