IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                 No. CIV S-09-256 JAM GGH (TEMP) PS

    vs.

ORBIT STATION, INC., et al.,

    Defendants.            <u>ORDER</u>

_____/

           This matter was referred to the undersigned under Local Rule 302(c)(21). By order filed December 10, 2010, the defendant corporation was directed to retain counsel no later than December 29, 2010 and was cautioned that failure to do so would result in the answer being stricken and default entered. There is no evidence in the court file that the defendant corporation has retained counsel. It is well established that "a corporation may appear in the federal courts only through licensed counsel." <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 202 (1993).

           Accordingly, IT IS HEREBY ORDERED that:

           1. The letter filed April 17, 2009, construed as an answer filed on behalf of the defendant corporation, is stricken;

           2. The Clerk of Court is directed to enter default against defendant Orbit Station, Inc.; and

           3. The remaining parties shall submit to the court on or before February 18, 2011, a joint status report. The status report shall briefly describe the nature of the case and shall address the following matters:

           (a) Progress in the service of process;

(b) Possible joinder of additional parties;

(c) Any expected or desired amendment of pleadings;

(d) Jurisdiction and venue;

(e) Anticipated motions and the scheduling thereof;

(f) Anticipated discovery and the scheduling thereof including disclosure of expert witnesses;

(g) Future proceedings, including setting appropriate cut-off dates for discovery, law and motion, and the scheduling of pretrial and trial;

(h) Appropriateness of special procedures;

(i) Estimate of trial time;

(j) Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

(k) Whether the case is related to any other case, including any matters in bankruptcy;

(l) Whether a settlement conference should be scheduled;

(m) Any other matters that may add to the just and expeditious disposition of this matter.

DATED: February 7, 2011

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

JMM
johnson-orbit.statconf