SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    vs.<br><br>Orbit Station, Inc., et al,<br><br>         Defendants | Case No. **09-cv-00256-JAM-GGH**<br>**(TEMP)(PS)**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date: 7/18/2011

                    /s/ John A. Mendez_____
                    Judge of the United States District Court

PROPOSED ORDER RE STIPULATED DISMISSAL

09-cv-00256-JAMJ-GGH- 1

PDF created with pdfFactory trial version www.pdffactory.com